```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF MISSISSIPPI
                  JACKSON DIVISION
```

WALTER MILLER                                              PLAINTIFF

VS.                                       CIVIL ACTION NO. 3:04CV0405LN

GEORGIA GULF CORPORATION AND
GEORGIA GULF CHEMICALS & VINYLS, LLC                       DEFENDANTS

## JUDGMENT

For the reasons given in the memorandum opinion and order granting defendants' motion for summary judgment entered in this case on this date, it is hereby

Ordered and adjudged that this action is dismissed.

SO ORDERED this 11th day of January, 2006.

                                                  /s/ Tom S. Lee
                                              UNITED STATES DISTRICT JUDGE